# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ZANYEL BOMBACH, | : | |
| Plaintiff, | : | Case No. 3:12cv00208 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| DOLLAR GENERAL STORE 12202,<br>DISTRICT 437, REGION 18, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 2, 2012 (Doc. #3) is ADOPTED in full;

2. Plaintiff Zanyel Bombach's Complaint (Doc. #2) is DISMISSED without prejudice to re-filing upon obtaining a right-to-sue letter from the EEOC;

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and,

4.      The case is terminated on the docket of this Court.

                                                        Walter Herbert Rice
                                               United States District Judge